# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Willey, et al., ) | **DEFAULT JUDGMENT** |
| ) | |
| Plaintiffs, ) | CV-12-288-PHX-ROS |
| ) | |
| v. ) | |
| ) | |
| The Law Firm of Jeremy Rogers, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff Roy Willey and Candi Willey and against Defendants The Law Firm of Jeremy Rogers, Jeremy M. Rogers, HELP, LLC and Help Law Group, P.C. in the amount of $571,442.25.

DEFAULT JUDGMENT ENTERED this 16th day of September, 2013.

BRIAN D. KARTH
District Court Executive/Clerk

s/ Linda S Patton
By: Deputy Clerk

cc: (all counsel)